UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Lucas K. Johnson §
*Plaintiff* §
§
§
§
v. § Case No. 3:18-cv-02431-M
§
§
United States Department of Transportation, et. al §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Curry, Pearson & Wooten, PLC _____, with offices at

814 W. Roosevelt St. _____
(Street Address)

Phoenix _____    Arizona _____    85007 _____
(City)                        (State)              (Zip Code)

602-258-1000 _____    602-523-9000 _____
(Telephone No.)                (Fax No.)

II.  Applicant will sign all filings with the name  Michael W. Pearson _____.

III. Applicant has been retained personally or as a member of the above-named firm by:
            (List All Parties Represented)

Lucas K. Johnson

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of

_____Arizona_____, where Applicant regularly practices law.

Bar license number: 016281        Admission date: 5/20/1995

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Arizona State Courts | May 20, 1995 | Active |
| Arizona District Court | July 10, 1995 | Active |
| 9th Circuit Court of Appeals | May 22, 2009 | Active |
| Colorado State Courts | July 2, 1997 | Inactive |
| District of Columbia | November 5, 2010 | Inactive |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

N/A                             N/A

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is

Lori Blair                                                        , who has offices at

King Blair, 9124 Caddo Trail
(Street Address)

Flower Mound                              Texas           75022
(City)                                    (State)         (Zip Code)

214-326-0491                              214-326-0493
(Telephone No.)                           (Facsimile No.)

XI.     Check the appropriate box below.

   For Application in a **Civil Case**

   [✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   [ ]   Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 2∞ day of September, 2018.

                                          Michael W. Pearson
                                          Printed Name of Applicant

                                          /s/ Michael W. Pearson
                                          Signature



September 24, 2018

Michael W Pearson
814 W Roosevelt St
Phoenix, AZ 85007-2105

**RE: Mr Michael W Pearson**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:       May 20, 1995.
Current Membership Status:  Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

R. Urias

Rebecca Urias
Resource Center



4201 N. 24th Street  ›  Suite 100  ›  Phoenix, AZ 85016-6266
PH: 602.252.4804  ›  FAX: 602.271.4930  ›  WEBSITE: www.azbar.org