AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-02431-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Elaine L. Chao, Secretary of USDOT
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i), the Amended Complaint, Summons & Magistrate Election Form were served via USPS certified mail (Tracking No. 9410803699300103161501) on Defendant at 1200 New Jersey Avenue, SE, Washington D.C. 20590. USPS tracking shows that these documents were recieved by Defendant on 12/10/2018. [See below]

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/11/2018

*Server's signature*

Christine L. Penick, Paralegal
*Printed name and title*

Curry, Pearson & Wooten, PLC
814 W. Roosevelt St.
Phoenix, Arizona 85007
*Server's address*

Additional information regarding attempted service, etc:

Further, pursuant to Fed. R. Civ. P. 4(i), these same documents were served via USPS certifed mail on the U.S. Attorney's Office for the Northern District of TX - Civil Process Clerk at 1100 Commerce St., Suite 300 Dallas, Texas 75242-1699 (Tracking No. 9410803699300103161532) for which USPS tracking shows the documents were recieved on 12/10/2018 and on the U.S. Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 (Tracking No. 9410803699300103161549) for which USPS tracking shows the documents were recieved on 12/10/2018.



# Christine Penick

**From:** Zamora, Monica A [mailto:Monica.A.Zamora@usps.gov]
**Sent:** Tuesday, December 11, 2018 1:27 PM
**To:** Christine Penick
**Subject:** 9410803699300103161495 and 9410803699300103161501
**Importance:** High

Dear Curry, Pearson and Wooten,

Per our conversation this morning, I have confirmed that both of the Priority Envelopes referenced above were delivered to agent  12/10/18 on firm label 5103 0SHE M993 7676 6371.

Attached is the tracking record for each envelope.   Because these tracking records are for internal use only, I had to hide some of the information.

If I can be of further service, please call me.

Sincerely,

*Monica Zamora*
Consumer Affairs/AZ District
(602) 683-4276



Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts

December 11, 2018

## USPS Tracking Intranet Tracking Number Result

 **ATTENTION** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/30/2018

### Result for Domestic Tracking Number 9410 8036 9930 0103 1615 01

**Destination and Origin**

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 205900001 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 850139998 | PHOENIX | AZ |

**Tracking Number Classification**

#### Class/Service

| | |
|---|---|
| Class/Service: | Priority Mail Signature Confirmation |
| Class of Mail Code/Description: | PM / Priority Mail® |

#### Destination Address Information

| | |
|---|---|
| Address: | 200 NEW JERSEY AVENUE SE |
| City: | WASHINGTON |
| State: | DC |
| 5-Digit ZIP Code: | 20590 |
| 4-Digit ZIP Code add on: | 0001 |
| Delivery Point Code: | 00 |
| Record Type Code: | Street Record |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | 814 W ROOSEVELT ST |
| City: | PHOENIX |
| State: | AZ |
| 5-Digit ZIP Code: | 85007 |
| 4-Digit ZIP Code add on: | 2105 |
| Delivery Point Code: | 14 |
| Record Type Code: | Street Record |
| Delivery Type: | Business, Other |

#### Shipping Services File

| | |
|---|---|
| Shipping Services File Number: | ▇▇▇▇▇▇▇ |
| Date/Time Tendering Mail: | 12/06/2018 00:00 |
| Shipping Services File Type: | 2 - Tracking File |
| Shipment Accepted: | No |

#### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 12/10/2018 by 8:00pm |
| Network Predicted Delivery Date: | Monday, 12/10/2018 |
| Expected Delivery on (Notification Delivery Date): | Monday, 12/10/2018 by 8:00pm |
| Zone: | 08 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment

| | |
|---|---|
| Payment Type: | Postage Affixed |

|  | Payment Account Number: | 000000000000 |
|---|---|---|
|  | Postage: | $6.70 |
|  | Weight: | 0 lb(s) 7 oz(s) |
|  | Rate Indicator: | Flat Rate Envelope |

**Other Information**

Firm Label ID:  5103 0SHE M993 7676 6371

Agent Information

### Extra Services

#### Extra Services Details

| Description | Amount |
|---|---|
| Signature Confirmation | $2.55 |
| Up to $50 insurance included | $0.00 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED TO AGENT FOR FINAL DELIVERY | 60 | 12/10/2018 | 12:35 | WASHINGTON, DC 20590 | Firm Book | (type - wireless) | Scanned by route 0022C000 | 12/10/2018 11:51:07 | Request Delivery Record |
| NO AUTHORIZED RECIPIENT AVAILABLE | 56 | 12/10/2018 | 11:53 | WASHINGTON, DC 20590 | Firm Book | (type - wireless) | Scanned by route 0022C000 | 12/10/2018 11:09:06 | 3849 ID |
| IN TRANSIT TO DESTINATION | NT | 12/09/2018 | 12:59 |  | System Generated |  |  | 12/09/2018 11:14:02 |  |
| AVAILABLE FOR PICKUP | 14 | 12/09/2018 | 12:54 | WASHINGTON, DC 20590 | Firm Book | (wireless) | Scanned by route 11111111 | 12/09/2018 12:22:06 |  |
| ARRIVAL AT UNIT | 07 | 12/09/2018 | 12:38 | WASHINGTON, DC 20018 | Firm Book | (wireless) | Scanned by route 00000000 | 12/09/2018 11:54:27 | PC / OF Reason Code |
| ENROUTE/PROCESSED | 10 | 12/08/2018 | 10:59 | WASHINGTON, DC 200181542 | Scanned | (wireless) | Scanned by route 00000000 | 12/08/2018 12:21:05 |  |
| CONTAINER CLOSE | C1 | 12/08/2018 | 04:07 | WASHINGTON, DC 20066 | Container Generated |  |  | 12/08/2018 03:59:18 | Container Type Container ID |
| ENROUTE/PROCESSED | 10 | 12/08/2018 | 03:11 | WASHINGTON, DC 20066 | Scanned | SPBSTS-001-000006 |  | 12/08/2018 02:25:03 |  |
| IN TRANSIT TO DESTINATION | NT | 12/07/2018 | 12:40 |  | System Generated |  |  | 12/07/2018 12:55:02 |  |
| ENROUTE/PROCESSED | 10 | 12/06/2018 | 17:40 | PHOENIX, AZ 85043 | Scanned | APPS-021-2 |  | 12/06/2018 18:53:07 |  |
| ACCEPT OR PICKUP | 03 | 12/06/2018 | 11:14 | PHOENIX, AZ 850139998 | Scanned | POS Prepaid |  | 12/06/2018 15:06:07 | Facility Finance Number |
| PRE-SHIPMENT INFO SENT TO USPS | MA | 12/05/2018 | 14:46 | PHOENIX, AZ 85007 | Manifest Generated |  | Destined to route C000 | 12/05/2018 14:46:03 |  |



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▽    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 18.4.1.0.31

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=94108036993001...    12/11/2018





December 11, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0103 1615 32**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | December 10, 2018, 3:08 pm |
| Location: | DALLAS, TX 75202 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $50 insurance included |
| Recipient Name: | CIVIL PROCESS CLERK |
| Actual Recipient Name: | B WILKINSI |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004





December 10, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0103 1615 49**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | December 10, 2018, 4:54 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $50 insurance included |
| Recipient Name: | ATTORNEY GENERAL OF THE |
| Actual Recipient Name: | E ANDERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004