AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-02431-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Aviation Administration
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i), the Amended Complaint, Summons & Magistrate Election Form were served via USPS certified mail (Tracking No. 9410803699300103161518) on Defendant at 1800 Independence Avenue, SW, Washington D.C. 20591. USPS tracking shows that these documents were recieved by Defendant on 12/10/2018. [See below]

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/11/2018

*Server's signature*

Christine L. Penick
*Printed name and title*

Curry, Pearson & Wooten, PLC
814 W. Roosevelt St.
Phoenix, Arizona 85007
*Server's address*

Additional information regarding attempted service, etc:

Further, pursuant to Fed. R. Civ. P. 4(i), these same documents were served via USPS certifed mail on the U.S. Attorney's Office for the Northern District of TX - Civil Process Clerk at 1100 Commerce St., Suite 300 Dallas, Texas 75242-1699 (Tracking No. 9410803699300103161532) for which USPS tracking shows the documents were recieved on 12/10/2018 and on the U.S. Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 (Tracking No. 9410803699300103161549) for which USPS tracking shows the documents were recieved on 12/10/2018.





December 10, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0103 1615 18**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | December 10, 2018, 8:15 am |
| **Location:** | WASHINGTON, DC 20591 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | FEDERAL AVIATION ADMINISTRATION |
| **Actual Recipient Name:** | B PARIS |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) |  |
| Address of Recipient: |  |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004





December 11, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0103 1615 32**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | December 10, 2018, 3:08 pm |
| Location: | DALLAS, TX 75202 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $50 insurance included |
| Recipient Name: | CIVIL PROCESS CLERK |
| Actual Recipient Name: | B WILKINSI |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004





December 10, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0103 1615 49**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | December 10, 2018, 4:54 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | ATTORNEY GENERAL OF THE |
| **Actual Recipient Name:** | E ANDERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 8.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004