1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent, | Case No: 3:18-cv-02431-M |
|     Plaintiff, | |
|     vs. | |
| United States Department of Transportation; Elaine L. Chao, Secretary of the U.S. Department of Transportation; Federal Aviation Administration; and Daniel K. Elwell, Acting Administrator of the Federal Aviation Administration, | **EXPEDITED MOTION TO EXTEND TIME FOR SERVICE** |
|     Defendants. | (Assigned to the Honorable Barbara M.G. Lynn) |

Plaintiff, Lucas K. Johnson, through undersigned counsel, pursuant to Rule 4(i)(4) of the Federal Rules of Civil Procedure, hereby files this *Expedited Motion to Extend Time for Service*. Plaintiff requests an additional twenty-one (21) days to re-serve/cure service on Defendant United States Department of Transportation ("USDOT"). This Motion is more fully briefed in the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff filed his Amended Complaint on December 5, 2018. Plaintiff mailed a copy of the Amended Complaint, Summons on United States Department of Transportation, and Magistrate Election Form to Defendant USDOT. These documents were mailed on December 7, 2018 via certified mail through the United States Postal Service ("USPS") with a delivery date of December 10, 2018. USPS assigned this package tracking number

9410803699300103161495. *See* USPS mailing label, attached hereto as Exhibit 1.

On December 10, 2018, Plaintiff received tracking notification that the package had been delivered to agent for final delivery. *See* Tracking Email, attached hereto as Exhibit 2. On December 10, 2018, Plaintiff confirmed with USPS that the package was in fact delivered and received proof of delivery documentation. *See* email from USPS to Plaintiff and proof of delivery, attached hereto as Exhibit 3.

Further, on December 14, 2018, USPS followed up with Plaintiff and provided the proof of delivery *with* signature. *See* Email from USPS to Plaintiff enclosing proof of delivery *with* signature, attached hereto as Exhibit 4.

Based on the information received through USPS, Certificate of Service regarding Defendant USDOT was filed with this Court on December 12, 2018. Dkt. 11.

Subsequently, on December 19, 2018 and for reasons unknown, Plaintiff received the package back through USPS. The documents have been immediately re-sent, on December 19, 2018, to Defendant USPS via FedEx, for delivery on December 20, 2018. FedEx has assigned this package tracking number 0201774026271709 *See* FedEx shipping label, attached hereto as Exhibit 5.

Pursuant to Rule 4(i), the aforementioned documents were served on the United States Attorney's Office for the Northern District of Texas and on the Attorney General of the United States. The United States Attorney's Office for the Northern District of Texas was served on December 10, 2018 via certified mail through USPS (tracking number 9410803699300103161532). *See* USPS tracking information, attached hereto as Exhibit 6. The Attorney General of the United States of served on December 10, 2018 via certified mail through USPS (tracking number 9410803699300103161549). *See* USPS tracking information, attached hereto as Exhibit 7.

As such, pursuant to Rule 4(i)(4) of the Federal Rules of Civil Procedure, Plaintiff respectively requests an additional twenty-one (21) days to re-serve/cure service on Defendant United States Department of Transportation. The documents have already been overnighted

via FedEx to Defendant and Plaintiff will promptly file an amended certificate of service upon receiving confirmation from FedEx that the documents have been delivered.

**RESPECTFULLY SUBMITTED** this 19th day of December, 2018.

CURRY, PEARSON & WOOTEN, PLC

*/s/ Michael W. Pearson*
Michael W. Pearson, AZ Bar No. 016281
(*Pro hac vice forthcoming*)
814 W. Roosevelt St.
Phoenix, AZ 85007
Office: (602) 258-1000
Facsimile: (602) 523-9000
docket@azlaw.com
mpearson@azlaw.com

Lori Blair, TX Bar No. 24061256
King Blair, PC
9124 Caddo Trial
Flower Mound, TX 75022
Office: (214) 326-0491
Facsimile: (214) 326-0493
lblair@kingblair.com

*Attorneys for Plaintiff Lucas Johnson and Putative Class*

3

# EXHIBIT 1



# Click-N-Ship®

usps.com    9410 8036 9930 0103 1614 95 0092 5000 0082 0590

**$9.25**
**US POSTAGE**
Flat Rate Env
Signature
Confirmation

12/06/2018    Mailed from 85007    06250000001309

# PRIORITY MAIL 2-DAY™

MICHAEL W PEARSON
CURRY, PEARSON & WOOTEN PLC
814 W ROOSEVELT ST
PHOENIX AZ 85007-2105

Expected Delivery Date: 12/10/18

**0004**

**SIGNATURE REQUIRED**

SHIP
TO:
UNITED STATES DEPARTMENT OF
200 NEW JERSEY AVENUE, SE
WASHINGTON DC 20590-0001

**C000**

**USPS SIGNATURE TRACKING #**

9410 8036 9930 0103 1614 95

Electronic Rate Approved #038555749

EXHIBIT 2

**Christine Penick**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, December 10, 2018 10:52 AM |
| **To:** | Docket |
| **Subject:** | USPS® Item Delivered to Agent for Final Delivery 9410803699300103161495 |



Hello **MICHAEL W PEARSON**,

Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20590 on December 10, 2018 at 12:35 pm.

Tracking Number: **9410803699300103161495**

**Delivered to Agent for Final Delivery**



**Tracking & Delivery Options**

**My Account**

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



**INFORMED DELIVERY**®
Sign up to view your mail online or via email.

Download USPS Mobile®

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

# EXHIBIT 3

**Christine Penick**

---

**From:** Zamora, Monica A [mailto:Monica.A.Zamora@usps.gov]
**Sent:** Tuesday, December 11, 2018 1:27 PM
**To:** Christine Penick
**Subject:** 9410803699300103161495 and 9410803699300103161501
**Importance:** High

Dear Curry, Pearson and Wooten,

Per our conversation this morning, I have confirmed that both of the Priority Envelopes referenced above were delivered to agent  12/10/18 on firm label 5103 0SHE M993 7676 6371.

Attached is the tracking record for each envelope.   Because these tracking records are for internal use only, I had to hide some of the information.

If I can be of further service, please call me.

Sincerely,

*Monica Zamora*

Consumer Affairs/AZ District
(602) 683-4276



USPS Tracking Intranet                                                                                    Page 1 of 2

Help



# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | December 11, 2018 |
|------|--------|---------|--------------|--------------------|-----------|--------------------------|--------------------|

## USPS Tracking Intranet Tracking Number Result

 **ATTENTION** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/30/2018

**Result for Domestic Tracking Number 9410 8036 9930 0103 1614 95**

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 205900001 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 850139998 | PHOENIX | AZ |

### Tracking Number Classification

#### Class/Service
| | |
|---|---|
| Class/Service: | Priority Mail Signature Confirmation |
| Class of Mail Code/Description: | PM / Priority Mail® |

#### Destination Address Information
| | |
|---|---|
| Address: | 200 NEW JERSEY AVENUE SE |
| City: | WASHINGTON |
| State: | DC |
| 5-Digit ZIP Code: | 20590 |
| 4-Digit ZIP Code add on: | 0001 |
| Delivery Point Code: | 00 |
| Record Type Code: | Street Record |

#### Origin / Return / Pickup Address Information
| | |
|---|---|
| Address: | 814 W ROOSEVELT ST |
| City: | PHOENIX |
| State: | AZ |
| 5-Digit ZIP Code: | 85007 |
| 4-Digit ZIP Code add on: | 2105 |
| Delivery Point Code: | 14 |
| Record Type Code: | Street Record |
| Delivery Type: | Business, Other |

#### Shipping Services File
| | |
|---|---|
| Shipping Services File Number: | |
| Date/Time Tendering Mail: | 12/06/2018 00:00 |
| Shipping Services File Type: | 2 - Tracking File |
| Shipment Accepted: | No |

#### Service Delivery Information
| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 12/10/2018 by 8:00pm |
| Network Predicted Delivery Date: | Monday, 12/10/2018 |
| Expected Delivery on (Notification Delivery Date): | Monday, 12/10/2018 by 8:00pm |
| Zone: | 08 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment
| | |
|---|---|
| Payment Type: | Postage Affixed |



|  | Payment Account Number: | 000000000000 |
|---|---|---|
|  | Postage: | $6.70 |
|  | Weight: | 0 lb(s) 7 oz(s) |
|  | Rate Indicator: | Flat Rate Envelope |

**Other Information**

Firm Label ID:    5103 0SHE M993 7676 6371

Agent Information

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Signature Confirmation | $2.55 |
| Up to $50 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED TO AGENT FOR FINAL DELIVERY | 60 | 12/10/2018 | 12:35 | WASHINGTON, DC 20590 | Firm Book | (type - wireless) | Scanned by route 0022C000 | 12/10/2018 11:51:07 | Request Delivery Record |
| NO AUTHORIZED RECIPIENT AVAILABLE | 56 | 12/10/2018 | 11:53 | WASHINGTON, DC 20590 | Firm Book | (type - wireless) | Scanned by route 0022C000 | 12/10/2018 11:09:05 | 3849 |
| AVAILABLE FOR PICKUP | 14 | 12/09/2018 | 12:54 | WASHINGTON, DC 20590 | Firm Book | (wireless) | Scanned by route 11111111 | 12/09/2018 12:20:03 | |
| ARRIVAL AT UNIT | 07 | 12/09/2018 | 12:38 | WASHINGTON, DC 20018 | Firm Book | (wireless) | Scanned by route 00000000 | 12/09/2018 11:54:10 | PC / OF Reason Code |
| IN TRANSIT TO DESTINATION | NT | 12/09/2018 | 12:29 | | System Generated | | | 12/09/2018 10:43:02 | |
| ENROUTE/PROCESSED | 10 | 12/08/2018 | 05:29 | WASHINGTON, DC 200181542 | Scanned | (wireless) | Scanned by route 00000000 | 12/08/2018 12:21:07 | |
| CONTAINER CLOSE | C1 | 12/08/2018 | 04:07 | WASHINGTON, DC 20066 | Container Generated | | | 12/08/2018 03:59:14 | Container Type: GAYLORD 1 Container ID |
| ENROUTE/PROCESSED | 10 | 12/08/2018 | 03:11 | WASHINGTON, DC 20066 | Scanned | SPBSTS-001 -000006 | | 12/08/2018 02:25:05 | |
| IN TRANSIT TO DESTINATION | NT | 12/07/2018 | 12:40 | | System Generated | | | 12/07/2018 12:57:06 | |
| ENROUTE/PROCESSED | 10 | 12/06/2018 | 17:40 | PHOENIX, AZ 85043 | Scanned | APPS-021-1 | | 12/06/2018 18:53:06 | |
| ACCEPT OR PICKUP | 03 | 12/06/2018 | 11:14 | PHOENIX, AZ 850139998 | Scanned | POS Prepaid | | 12/06/2018 15:06:03 | Facility Finance Number |
| PRE-SHIPMENT INFO SENT TO USPS | MA | 12/05/2018 | 14:46 | PHOENIX, AZ 85007 | Manifest Generated | | Destined to route C000 | 12/05/2018 14:46:03 | |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search]    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 18.4.1.0.31

# EXHIBIT 4

**Christine Penick**

| | |
|---|---|
| **From:** | Zamora, Monica A [Monica.A.Zamora@usps.gov] |
| **Sent:** | Friday, December 14, 2018 1:00 PM |
| **To:** | Christine Penick |
| **Subject:** | SIGNATURE CONFIRMATION |
| **Attachments:** | [Untitled].pdf |

Dear Ms. Penick,

Attached is the signature confirmation record for the two Priority Envelopes delivered in
Washington DC on 12/10/18.

Please accept my sincere apology for any inconvenience this matter may have caused you.

Sincerely,


Monica Zamora
Consumer Affairs/AZ District
(602) 683-4276

USPS Tracking Intranet                                                      Page 1 of 1

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | December 14, 2018 |

## USPS Tracking Intranet

### Delivery Signature and Address

 **\*\*ATTENTION\*\*** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/30/2018

**Tracking Number: 9410 8036 9930 0103 1614 95**

**This item was delivered on 12/10/2018 at 12:35:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 18.4.1.0.31

## Product Tracking & Reporting



Help

**UNITED STATES POSTAL SERVICE ®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | December 14, 2018 |

### USPS Tracking Intranet

### Delivery Signature and Address

> ⚠ **\*\*ATTENTION\*\*** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.
>
> Last Updated: 8/30/2018

**Tracking Number: 9410 8036 9930 0103 1615 01**

**This item was delivered on 12/10/2018 at 12:35:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 18.4.1.0.31

EXHIBIT 5



ORIGIN ID:ZSYA      (602) 258-1000
MICHAEL W. PEARSON
CURRY, PEARSON, & WOOTEN, PLC
814 W ROOSEVELT ST

PHOENIX, AZ 85007
UNITED STATES US

TO   U.S. DEPARTMENT OF TRANSPORTATION

200 NEW JERSEY AVENUE, SE

WASHINGTON DC 20590

(202) 366-1825
INV
PO
REF: JOHNSON
DEPT:

SHIP DATE: 19DEC18
ACTWGT: 1.00 LB
CAD: 10987382/INET4040

BILL SENDER

XC XSMA

TRK#   0201
7740 2627 1709

THU - 20 DEC 10:30A
PRIORITY OVERNIGHT

20590
IAD

DC-US

FedEx Express

J182118881501urr

552J2/E4AF/DCA5

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

EXHIBIT 6



# Click-N-Ship®

9410 8036 9930 0103 1615 32 0092 5000 0057 5242

usps.com
**$9.25**
**US POSTAGE**
Flat Rate Env
Signature
Confirmation

12/06/2018          Mailed from 85007          0623S000001311

# PRIORITY MAIL 2-DAY™

Expected Delivery Date: 12/10/18          **0004**

**SIGNATURE REQUIRED**

MICHAEL W PEARSON
CURRY, PEARSON & WOOTEN PLC
814 W ROOSEVELT ST
PHOENIX AZ 85007-2105

SHIP  CIVIL PROCESS CLERK
TO:  U.S. ATTY OFC. FOR THE NORTHERN DISTRICT OF
     1100 COMMERCE ST
     STE 300
     DALLAS TX 75242-1074

**C001**

**USPS SIGNATURE TRACKING #**

9410 8036 9930 0103 1615 32

Electronic Rate Approved #038555749

**UNITED STATES**
**POSTAL SERVICE**

December 11, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0103 1615 32**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | December 10, 2018, 3:08 pm |
| **Location:** | DALLAS, TX 75202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | CIVIL PROCESS CLERK |
| **Actual Recipient Name:** | B WILKINSI |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 8.0oz |

| Recipient Signature |
|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT 7



Click-N-Ship®

**P**

usps.com
$9.25
**US POSTAGE**
Flat Rate Env
Signature
Confirmation

9410 8036 9930 0103 1615 49 0092 5000 0082 0530

12/06/2018                    Mailed from 85007    062S0000001310

**PRIORITY MAIL 2-DAY™**

Expected Delivery Date: 12/10/18

**0004**

MICHAEL W PEARSON
CURRY, PEARSON & WOOTEN PLC
814 W ROOSEVELT ST
PHOENIX AZ 85007-2105

**SIGNATURE REQUIRED**

**C000**

SHIP
TO: ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
**WASHINGTON DC 20530-0001**

**USPS SIGNATURE TRACKING #**

**9410 8036 9930 0103 1615 49**

Electronic Rate Approved #038555749

**UNITED STATES POSTAL SERVICE**

December 10, 2018

Dear Curry Pearson Wooten:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0103 1615 49**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | December 10, 2018, 4:54 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | ATTORNEY GENERAL OF THE |
| **Actual Recipient Name:** | E ANDERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 8.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004