**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of Transportation; Elaine L. Chao, Secretary of the U.S. Department of Transportation; Federal Aviation Administration; and Daniel K. Elwell, Acting Administrator of the Federal Aviation Administration,<br><br>Defendants. | Case No: 3:18-cv-02431-M<br><br>**ORDER RE EXPEDITED MOTION TO EXTEND TIME FOR SERVICE** |

The Court having considered Plaintiff's *Expedited Motion to Extend Time for Service* and good cause appearing,

**IT IS HEREBY ORDERED** granting said Motion. Plaintiff shall have until January 2, 2019 to re-serve/cure service on Defendant United States Department of Transportation.

**IS FURTHER ORDERED** _____

_____.

DATED this _____ day of _____, 2018.

_____
Honorable Barbara M.G. Lynn