UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS JOHNSON, on behalf of himself and the Class he seeks to represent, | § § § | |
| Plaintiff, | § § | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION; ELAINE CHAO, Secretary of the U.S. Department of Transportation; FEDERAL AVIATION ADMINISTRATION, and DANIEL ELWELL, Acting Administrator of the Federal Aviation Administration, | § § § § § § § § § | CIVIL ACTION NO. 3:18-cv-02431-M |
| Defendants. | § § § | |

## ORDER

Before the Court is the Expedited Motion to Extend Time for Service (ECF No. 15).

Federal Rule of Civil Procedure 4(m) requires that service be accomplished within 90 days of the filing of the Complaint unless good cause can be shown for the failure to serve. Good cause is more than inadvertence, mistake of counsel, or ignorance of the rules. *System Signs Supplies v. U.S. Dep't of Justice*, 903 F.2d 1011, 1013 (5th Cir. 1990). Where good cause has not been shown, the Court has discretion to extend the time for service or dismiss the action. *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996).

Plaintiff Lucas Johnson filed his Complaint on September 12, 2018 (ECF No. 1). Under Rule 4(m), the deadline to serve Defendants was December 11, 2018. Plaintiff filed an Amended Complaint on December 5, 2018 (ECF No. 10). On December 7, 2018, Plaintiff sent the Amended Complaint, Summons, and Magistrate Election Form in a package via certified mail through the United States Postal Service to Defendant United States Department of

Transportation.  Plaintiff received confirmation that the package was delivered to the United States Department of Transportation on December 10, 2018.  Plaintiff filed a Certificate of Service, stating that the United States Department of Transportation was served on December 10, 2018.  (ECF No. 11).  Plaintiff claims that, on December 19, 2018, for reasons unknown, the package Plaintiff sent to the United States Department of Transportation was returned to him through USPS.  Plaintiff requests an additional 21 days to re-serve or cure service on the United States Department of Transportation.

The Court finds there is no need to determine whether Plaintiff has demonstrated good cause here, because it exercises its discretion to extend the deadline to serve the United States Department of Transportation.  As this is Plaintiff's first request for an extension of time, the Court finds that a 21-day extension to serve the United States Department of Transportation is warranted.

**SO ORDERED**.

December 20, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE