AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-02431-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Department of Transportation

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i), the Amended Complaint, Summons & Magistrate Election Form were served via FedEx (Track No. 774026271709) on Defendant at 200 New Jersey Avenue, SE, Washington, D.C. 20590. FedEx Tracking shows that these documents were recieved by Defendant on 12/20/2018. [See below]

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 12/21/2018

*Server's signature*

Christine L. Penick, Paralegal
*Printed name and title*

Curry, Pearson & Wooten, PLC
814 W. Roosevelt St.
Phoenix, Arizona 85007
*Server's address*

Additional information regarding attempted service, etc:

Further, pursuant to Fed. R. Civ. P. 4(i), these same documents were served via USPS certifed mail on the U.S. Attorney's Office for the Northern District of TX - Civil Process Clerk at 1100 Commerce St., Suite 300 Dallas, Texas 75242-1699 (Tracking No. 94108036993001031615320) for which USPS tracking shows the documents were recieved on 12/10/2018 and on the U.S. Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 (Tracking No. 9410803699300103161549) for which USPS tracking shows the documents were recieved on 12/10/2018.



December 21,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **774026271709**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.GERTEL | **Delivery location:** | Washington, DC |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Dec 20, 2018 16:06 |
| **Special Handling:** | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774026271709 | **Ship date:** | Dec 19, 2018 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
Washington, DC US

**Shipper:**
Phoenix, AZ US

**Reference**                                       Johnson

Thank you for choosing FedEx.