IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS K. JOHNSON,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>TRANSPORTATION, et al.,<br><br>        Defendants. | Civil Action No. 3:18-cv-2431-M |

**DEFENDANTS' MOTION TO STAY
IN LIGHT OF LAPSE OF APPROPRIATIONS**

    Counsel for the Defendants hereby moves for a stay of the above-captioned case, including Defendants' response to Plaintiffs' complaint.

    1.    At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies, including the Defendants.  The Department does not know when funding will be restored by Congress.

    2.    On December 5, 2018, Plaintiffs filed their First Amended Complaint in this action.  *See* ECF No. 10.  The U.S. Attorney's Office was served on December 10, 2018, *see* Proof of Service, ECF No. 11, and the Defendants' response to the First Amended Complaint is currently due on or before February 8, 2019.  *See* Fed. R. Civ. P. 12(a)(2).

    3.    However, absent an appropriation, both Department of Justice attorneys and employees of the Defendants are prohibited from working, even on a voluntary basis, except in

very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the Department of Justice therefore requests a stay of this case, including the resolution of Plaintiff's motion for class certification, until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Opposing counsel has authorized counsel for the Government to state that Plaintiffs take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: January 25, 2019

JOSEPH H. HUNT
Assistant Attorney General

ERIN NEALY COX
United States Attorney

JOSHUA E. GARDNER
Special Counsel
Civil Division, Federal Programs Branch

*/s/ Michael Drezner*
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
GALEN N. THORP (V.A. Bar No. 75517)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: michael.l.drezner@usdoj.gov

*Counsel for Defendant*

CERTIFICATE OF CONFERENCE

On January 22, 2019, undersigned counsel for Defendants conferred by e-mail with Michael Pearson, counsel for plaintiffs, who advised by email on January 24, 2019, that plaintiffs take no position on this motion.

/s/ Galen N. Thorp
GALEN N. THORP

3

CERTIFICATE OF SERVICE

On January 25, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Galen N. Thorp
GALEN N. THORP