IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| LUCAS K. JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | ) ) ) ) ) ) )   Civil Action No. 3:18-cv-2431-M ) ) ) ) ) ) ) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay in Light of Lapse of Appropriations, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**, and it is further

**ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint is extended commensurate to the length of the lapse of appropriations.

**SO ORDERED.**

DATED: _____, 2019         _____
                                                                                    UNITED STATES DISTRICT JUDGE