IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| LUCAS K. JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:18-cv-2431-M |

## DEFENDANTS' MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDMEND COMPLAINT

Defendants hereby withdraw their motion for a stay of the above-captioned case due to the lapse in appropriations, ECF No. 18, and instead seek a four week extension of the February 8, 2019, deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint.

1.     At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Defendants. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and the Defendants, and the Department of Justice has now resumed its usual civil litigation functions.

2.     On December 5, 2018, Plaintiffs filed their First Amended Complaint in this action. *See* ECF No. 10. The U.S. Attorney's Office was served on December 10, 2018, *see* Proof of Service, ECF No. 11, and the Defendants' response to the First Amended Complaint is currently due on or before February 8, 2019. *See* Fed. R. Civ. P. 12(a)(2).

3. However, Defendants were unable to prepare their response to the First Amended Complaint throughout the 35-day period for which appropriations had lapsed. During that lapse in appropriations, both Department of Justice attorneys and employees of the Defendants were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Defendants therefore request a four-week extension of the deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint, through March 8, 2019. This will provide undersigned counsel for the Department of Justice and Defendants sufficient time to prepare a response to Plaintiffs' complaint, while addressing numerous other matters that had been postponed until the restoration of appropriations. Undersigned counsel conferred with Michael Pearson, counsel for the Plaintiffs, but Plaintiffs have not yet taken a position on this motion.

For the foregoing reasons, Defendants request a four week extension of the deadline to answer or otherwise respond to the First Amended Complaint, through March 8, 2019.

DATED: January 28, 2019         JOSEPH H. HUNT
                                Assistant Attorney General

                                ERIN NEALY COX
                                United States Attorney

                                JOSHUA E. GARDNER
                                Special Counsel
                                Civil Division, Federal Programs Branch

                                */s/ Michael Drezner*
                                MICHAEL DREZNER (V.A. Bar No. 83836)
                                Trial Attorney
                                GALEN N. THORP (V.A. Bar No. 75517)
                                Senior Counsel
                                U.S. Department of Justice
                                Civil Division, Federal Programs Branch
                                1100 L Street NW
                                Washington, DC 20530
                                Telephone: (202) 514-4505
                                Facsimile: (202) 616-8470
                                Email: michael.l.drezner@usdoj.gov

                                *Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

On January 28, 2019, undersigned counsel for Defendants conferred by e-mail with Michael Pearson, counsel for Plaintiffs. While the parties exchanged several emails, Mr. Pearson did not ultimately state what position Plaintiffs would take on the motion.

                                /s/ Galen N. Thorp
                                GALEN N. THORP

CERTIFICATE OF SERVICE

      On January 29, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                   /s/ Galen N. Thorp \_\_\_
                                                   GALEN N. THORP