# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LUCAS K. JOHNSON, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:18-cv-2431-M |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Extend Deadline to Answer or Otherwise Respond to First Amended Complaint, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**, and it is further

**ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint is extended to March 8, 2019.

**SO ORDERED.**

DATED: _____, 2019       _____
                                     UNITED STATES DISTRICT JUDGE