# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LUCAS K. JOHNSON, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:18-cv-2431-M |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDMEND COMPLAINT

Defendants hereby withdraw their motion for a stay of the above-captioned case due to the lapse in appropriations, ECF No. 18, and instead seek a four week extension of the February 8, 2019, deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Defendants. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and the Defendants, and the Department of Justice has now resumed its usual civil litigation functions.

2. On December 5, 2018, Plaintiffs filed their First Amended Complaint in this action. *See* ECF No. 10. The U.S. Attorney's Office was served on December 10, 2018, *see* Proof of Service, ECF No. 11, and the Defendants' response to the First Amended Complaint is currently due on or before February 8, 2019. *See* Fed. R. Civ. P. 12(a)(2).

3. However, Defendants were unable to prepare their response to the First Amended Complaint throughout the 35-day period for which appropriations had lapsed. During that lapse in appropriations, both Department of Justice attorneys and employees of the Defendants were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Defendants therefore request a four-week extension of the deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint, through March 8, 2019. This will provide undersigned counsel for the Department of Justice and Defendants sufficient time to prepare a response to Plaintiffs' complaint, while addressing numerous other matters that had been postponed until the restoration of appropriations. Undersigned counsel conferred with Michael Pearson, counsel for the Plaintiffs, who stated that Plaintiffs would take no position on this motion.

For the foregoing reasons, Defendants request a four week extension of the deadline to answer or otherwise respond to the First Amended Complaint, through March 8, 2019.

DATED: January 30, 2019　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　ERIN NEALY COX
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　JOSHUA E. GARDNER
　　　　　　　　　　　　　　　　　　Special Counsel
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

　　　　　　　　　　　　　　　　　　*/s/ Galen N. Thorp*
　　　　　　　　　　　　　　　　　　GALEN N. THORP (V.A. Bar No. 75517)
　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　MICHAEL DREZNER (V.A. Bar No. 83836)
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 514-4781
　　　　　　　　　　　　　　　　　　Facsimile: (202) 616-8470
　　　　　　　　　　　　　　　　　　Email: galen.thorp@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

　　　On January 28 and 29, 2019, undersigned counsel for Defendants conferred by e-mail with Michael Pearson, counsel for Plaintiffs, who stated that Plaintiffs would take no position on this motion.

　　　　　　　　　　　　　　　　　　/s/ Galen N. Thorp
　　　　　　　　　　　　　　　　　　GALEN N. THORP

CERTIFICATE OF SERVICE

      On January 30, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                    /s/ Galen N. Thorp  
                                                    GALEN N. THORP