# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS JOHNSON, on behalf of himself and the Class he seeks to represent, | § § § | |
| Plaintiff, | § § | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION; ELAINE CHAO, Secretary of the U.S. Department of Transportation; FEDERAL AVIATION ADMINISTRATION, and DANIEL ELWELL, Acting Administrator of the Federal Aviation Administration, | § § § § § § § § § | CIVIL ACTION NO. 3:18-cv-02431-M |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Motion to Extend Deadline to Answer or Otherwise Respond to First Amended Complaint (ECF No. 20). The Motion is GRANTED.

IT IS ORDERED that the deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to March 8, 2019.

**SO ORDERED**.

February 1, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE