**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LUCAS K. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-cv-2431-M |
| ) | |
| U.S. DEPARTMENT OF ) | |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

**APPENDIX TO DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE**

CONTENTS

Declaration of Renee Coates (March 8, 2019)............................................App. 003

DATED: March 8, 2019

JOSEPH H. HUNT
Assistant Attorney General

JOSHUA E. GARDNER
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Counsel
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: michael.l.drezner@usdoj.gov
*Counsel for Defendants*

CERTIFICATE OF SERVICE

On March 8, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Galen N. Thorp ___
GALEN N. THORP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS K. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>TRANSPORTATION, et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-2431-M<br><br>**DECLARATION OF**<br>**M. RENEE COATES** |

I, M. Renee Coates, hereby declare as follows:

1. I am the Executive Director for Human Resource Services at the Federal Aviation Administration (FAA). I have held this position since August 18, 2014, and my duty location since that time has been Washington, DC.

2. I make the following declaration based on my personal knowledge and on information made available to me in the performance of my official duties.

3. The FAA is an operating administration within the U.S. Department of Transportation (DOT) and is headquartered at 800 Independence Avenue, SW, Washington, DC 20591. DOT is headquartered at 1200 New Jersey Avenue, SE, Washington, DC 20590.

4. Washington, DC is the principal duty station of Secretary of Transportation, Elaine L. Chao and FAA Acting Administrator, Daniel K. Elwell.

5. In 2015, Carrolyn Bostick, formerly the FAA's Assistant Administrator for Human Resources Management, left the FAA and started a position with Howard University, located in Washington, DC. I understand she now works for the U.S. Department of the Treasury in

Washington, DC.

6. Joseph Teixeira was formerly the Vice President of Safety and Technical Training at the FAA, with his duty station in Washington, DC. I understand he now works in the Washington, DC metropolitan area for a private firm.

7. Molly Harris was formerly the Deputy Assistant Administrator for the FAA's Office of Government and Industry Affairs located in Washington, DC. I understand she now works in the Washington, DC metropolitan area for an airline.

8. Under practices that have existed since before 2013, newly hired air traffic control specialists (ATCSs) are required to complete a training course at the FAA Academy in Oklahoma City, OK. After successfully completing that training course, such individuals can be placed as trainees at any air traffic control facility around the country. Under practices that existed when Mr. Johnson applied for an ATCS position in 2014, the applicant could list geographic preferences for the FAA's consideration, but the FAA made no guarantees on geographic area preference. Rather, the FAA maintained the authority to decide where a trainee is placed according to agency need. Accordingly, there is no guarantee that Mr. Johnson, if hired, would have been placed in Texas. In any event, in his applicant questionnaire (attached as Exhibit A), Mr. Johnson listed the Eastern Geographic Area (which does not include Texas) as his first preference. He also did not specify Texas as a state in which he would prefer to work even though given the opportunity.

9. It is my understanding that in 2013, the FAA established two stakeholder teams to oversee work on ATCS hiring improvements: an Executive Steering Committee (ESC) and a Barrier Analysis Implementation Team (BAIT).

10. The ESC, chaired by then-Deputy Administrator Michael Whitaker, served in an advisory and decision-making role and consisted primarily of FAA executives. In addition to Deputy Administrator Whitaker, the members primarily represented the FAA's Air Traffic Organization, Human Resource Management, the Office of Civil Rights, Chief Counsel's Office, and

Information Services. Deputy Administrator Whitaker's duty location at the time was Washington, DC. All ESC principals worked at FAA National Headquarters in Washington, DC, and no principals held duty locations in Texas. ESC meetings took place at FAA Headquarters in Washington, DC, and I am aware of no record indicating that any ESC meetings took place in Texas. Records of the ESC's work would be maintained and administered primarily or exclusively in Washington, DC, and not in Texas.

11. The BAIT developed procedures and selection recommendations for the ESC and implemented approved changes to the ATCS hiring process. BAIT participants were located throughout the country, but primarily in Washington, DC and Oklahoma City, OK. No BAIT participants held duty locations in Texas. The BAIT met periodically by telephone conference and 1-2 times a year in Oklahoma City, and I am aware of no record indicating that any BAIT meetings took place in Texas. Records of the BAIT's work would be maintained and administered primarily or exclusively in Washington, DC, and not in Texas.

12. In February 2014, the FAA issued a single vacancy announcement—FAA-AMC-14-ALLSRCE-33537—for the hiring of entry-level ATCSs. Under this announcement, all applicants were to be evaluated against the same qualifications criteria and would be subject to a new pre-employment test, the biographical assessment.

13. The 2014 revisions to the ATCS hiring process were decided upon in Washington, DC. I am aware of no record indicating that any decisions related to the ATCS hiring process changes were made in Texas. Records relating to the FAA's decisions regarding ATCS hiring policies and procedures and the implementation of those decisions would be maintained and administered primarily in Washington, DC, and not in Texas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>8th</u> day of March 2019.

*M. Renee Coates*
M. Renee Coates



Transportation: FAA-AMC-14-ALLSRCE-33537, Series: 2152
Grade(s): FG-1

## Lucas Johnson
1755 Centurion Parkway
Indianapolis, IN 46260
Mobile: (480) 586-4615
Email Address: lucaskjohnson@gmail.com

**Record Number:** 000856656  **HGQ:**   **LAG:** FG-1   **Date Submitted:** 2/10/2014
**Excluded:** No   **Vet Preference:** NV
[1] = HR Adjudicated

### Resume and Documents

| Document Type | Document Name | Date Uploaded | Uploaded By | Delete | Restricted |
|---|---|---|---|---|---|
| Resume Builder | Current | 02/10/2014 06:10:59 PM | Applicant | | ☐ |
| Transcripts | Asu Unofficial Transcripts | 02/10/2014 06:48:22 PM | Applicant | | ☑ |

### USAJOBS Profile

| | |
|---|---|
| Are you a US citizen? | Yes |
| Please select the statement below which best reflects your Federal employment status (if applicable). | I am not and have never been a Federal employee |
| By which Federal agency and organization are you currently employed? | N/A |
| Indicate the pay plan, series, grade level/pay band of the highest permanent graded position you ever held as a Federal Civilian Employee. | Not Answered |
| Have you accepted a buyout from a Federal agency within the past 5 years?. | Not Answered |
| Are you willing to travel? | Yes |
|    If yes, what percentage of duty time will you travel? | 75% or Greater |

**What type of work are you willing to accept?**
Permanent,Temporary,Recent Graduates

**What type of work schedule are you willing to accept?**
Full Time,Shift Work

| | |
|---|---|
| Are you a Veteran of the U.S. Armed Forces or are you eligible for "Derived" preference? | No |

**Do you claim Veterans' Preference?**
No, I do not claim Veterans' Preference

**Military Service Period Dates:**

## Geographic Preferences

Geographic Preference 1    United States - All Air Traffic Locations

## Applicant-Preferred Conditions of Employment and Federal Service

| | |
|---|---|
| 1. What is the lowest grade or payband that you wish to be considered for: | FG-1 |
| 2a. Are you currently a permanent FAA employee? | No |
| 2b. Are you currently a temporary FAA employee? | No |
| 2c. Are you currently a temporary FAA employee serving under the Retired Military Air Traffic Controllers Program? | No |
| 3. Are you a:<br>• Former permanent employee of the FAA who had successfully completed a one-year probationary period OR<br>• Current or former permanent civilian employee from other competitive or excepted service agencies who have completed a one-year probationary period or trial period in the competitive or excepted service. | No |
| 4. Are you a preference eligible and/or veteran who was honorably discharged from the Armed Forces after completing at least three (3) years of continuous active service? Definitions of Preference Eligible and Active Service. | No |
| 5. Are you applying under Selection Priority Program (SPP)? | No |
| 6. Do any of your relatives work for the agency or government organization to which you are submitting this application? (Include: father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother, and half sister.) | No |

6a. If question #6 is yes, please provide the relative(s)' name, relationship, and department, agency, or branch of the Armed Forces for which your relative(s) works in the space below.

## Basic Qualifications

| | |
|---|---|
| 1. Are you able to speak English clearly enough to be understood over radios, intercoms and similar communications equipment? | Yes |

2a. Were you originally appointed as an FAA/DoD civilian Air Traffic Control Specialist in a terminal or center prior to age 31?   No

    b. Were you appointed as an FAA Air Traffic Control Specialist prior to May 16, 1972?   No

    c. Were you appointed as a DoD civilian Air Traffic Control Specialist prior to September 12, 1980?   No

    d. Were you appointed as an FAA Air Traffic Control Specialist, Flight Service Station, prior to January 1, 1987?   No

3. Have you had at least 3 years of progressively responsible full-time work experience (full time is defined as a 40 hour work week) that demonstrates the potential for learning and performing air traffic control work? NOTE: The progression of responsibility must be documented in detail in the work history information. Part-time work is prorated in crediting experience. For example, working 20 hours per week for a 12-month period will be credited with 6 months experience.   Yes

4. Select the one statement from the following list that best describes your education:
F. I have 4 years above high school leading to a Bachelor's degree or I have a Bachelor's degree.

5. Do you have a combination of experience and education that equates to 3 years?   Yes
NOTE: Education and experience can be combined to meet the minimum qualification requirements. To combine education and experience, we will:
a. determine the applicant's total qualifying experience as a percentage of the experience required;
b. determine the applicant's education as a percentage of the education required; and add the two percentages. The total must equal 100%.
At the undergraduate level, successfully completed education that has not led to possession of a degree is credited based on its relationship to 120 semester hours or 180 quarter hours. For example, 30 semester hours or 45 quarter hours is comparable to 1 year of undergraduate education. Four years of progressive study or 120 semester hours meets the degree requirements. For study at a business or technical school, 36 weeks of study (20+ classroom hours per week) is comparable to 1 academic year above high school.

6. Do you have specialized experience in a military or civilian air traffic facility that demonstrates possession of the knowledge, skills, and abilities required to perform air traffic control work? This experience must have provided a comprehensive knowledge of appropriate air traffic control laws, rules, and regulations.   No

7. Alternative Requirements:

    a. Do you hold or have held an appropriate facility rating and have actively controlled air traffic in civilian or military air traffic control terminals or centers?   No

    b. Do you hold or have held an FAA certificate as a dispatcher for an air carrier?   No

    c. Do you hold or have held an instrument flight rating?   No

    d. Do you hold or have held an FAA certificate as a navigator or have been fully qualified as a Navigator/Bombardier in the Armed Forces?   No

e. Do you have 350 hours of flight time as a copilot or higher and hold or have held a private certificate or equivalent Armed Forces rating?   No

f. Have you served as a rated Aerospace Defense Command Intercept Director?   No

## Additional Information

Air Traffic Locations are grouped within "Geographic Areas". For informational purposes only, please rank, in order of preference, the following Air Traffic Geographic Areas.

List of states and territories located in each geographic area.

**!!! Important**: These preferences are informational only and are **not** used in the selection process. Your preferences will be considered at time of placement but no guarantees on geographic area preference are made. While your preferences will be taken into consideration, your placement will ultimately be based upon the needs of the FAA.

| | |
|---|---|
| 1st Preference | Eastern Geographic Area |
| 2nd Preference | Central Geographic Area |
| 3rd Preference | Western Geographic Area |
| 4th Preference | Guam |
| 5th Preference | Virgin Islands |
| 6th Preference | Puerto Rico |

Use the text block below to identify specific states within your geographic area preference where you would prefer to work. These preferences are informational only and are not used in the selection process. While your preferences will be taken into consideration, your placement will ultimately be based upon the needs of the FAA.

**Contains Privacy Data P.L. 93-579, Privacy Act**