**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LUCAS K. JOHNSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 3:18-cv-2431-M |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss or Alternatively Motion to Transfer Venue, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' First Amended Complaint is dismissed.

**SO ORDERED.**

DATED: _____, 2019        _____
                                                                  UNITED STATES DISTRICT JUDGE