IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS K. JOHNSON,  )  <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> )  Civil Action No. 3:18-cv-2431-M <br> U.S. DEPARTMENT OF  ) <br> TRANSPORTATION, et al.,  ) <br> ) <br> Defendants.  ) | |

**JOINT MOTION TO POSTPONE SCHEDULING REPORT**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and the Court's March 11, 2019 Order Requiring Scheduling Conference and Report for Contents of Scheduling Order (Doc. 23), counsel for Plaintiff Lucas Johnson and counsel for Defendants, the U.S. Department of Transportation, et al., ("DOT") jointly request that the Court postpone the deadlines set in the March 11, 2019 order.

It would serve judicial economy and the interests of the parties to confer regarding discovery and a schedule for this case only after the Court rules on the appropriate venue for this case. Defendants' motion to dismiss is grounded in the argument that venue is not proper in this district and that, under both mandatory and permissive standards, this action should be transferred to the U.S. District Court for the District of Columbia. *See* Defs.' Mot. to Dismiss or Alternatively, Motion to Transfer Venue, ECF No. 22. Plaintiff opposes that motion, for reasons that will be detailed in his response to be filed on or before March 29, 2019. *See* Local Rule 7.1(e). It is apparent that the Court need not set a schedule here if it will ultimately transfer the

case to another jurisdiction.  And regardless of the Court's ruling, the parties would greatly benefit from knowledge of the jurisdiction and timeframe in which this case will proceed before negotiating a schedule and related matters.

This case is a putative class action raising claims under Title VII of the Civil Rights Act of 1964 regarding an assessment used by the Federal Aviation Administration (FAA) during the 2014 selection process for new air traffic control specialists. *See* 1st Am. Compl. ¶¶ 153, 161, ECF No. 10.  Plaintiff estimates the class to include more than 28,000 unsuccessful applicants. *See id.* ¶ 130.  It would be helpful to the parties to have additional time to prepare before discussing their views and proposals regarding discovery, experts, and the overall schedule.  In particular, knowledge of the jurisdiction and timetable in which this case will proceed would assist the parties in crafting their proposals.  But under the current schedule, the parties must complete their conference and submit a joint report before briefing is even completed regarding the appropriate venue for this case.  *See* ECF No. 23 (requiring conference to occur no later than March 25, 2019 and a joint report to be submitted no later than April 1, 2019); Local Rule 71.(e), (f) (making Defendants' reply brief due on or about April 12, 2019).  Accordingly, there is good cause to postpone the deadlines set forth in the Court's March 11, 2019 order until after the Court rules on the pending venue motion.

| | |
|---|---|
| DATED: March 15, 2019 | Respectfully submitted, |
| **CURRY, PEARSON & WOOTEN, PLC** | JOSEPH H. HUNT<br>Assistant Attorney General |
| */s/ Michael W. Pearson (by permission)*<br>Michael W. Pearson<br>814 West Roosevelt Street<br>Phoenix, Arizona 85007 | ERIN NEALY COX<br>United States Attorney |
| *Attorneys for Plaintiff* | JOSHUA E. GARDNER<br>Special Counsel<br>Civil Division, Federal Programs Branch |
| | */s/ Galen N. Thorp*<br>GALEN N. THORP (V.A. Bar No. 75517)<br>Senior Counsel<br>MICHAEL DREZNER (V.A. Bar No. 83836)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Telephone: (202) 514-4781<br>Facsimile: (202) 616-8470<br>Email: galen.thorp@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

/s/ Galen N. Thorp
GALEN N. THORP