# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LUCAS K. JOHNSON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> )  Civil Action No. 3:18-cv-2431-M |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Postpone Scheduling Report, and good cause being shown, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**, and it is further

**ORDERED** that the deadlines set forth in the Court's March 11, 2019 Order are suspended until after the Court rules on Defendants' Motion to Dismiss or Alternatively, Motion to Transfer Venue, and it is further

**ORDERED** that, in the event the Court denies Defendants' Motion, the Parties' Joint Report shall be due 21 days after the Court's ruling and the Parties shall meet and confer regarding the items specified in the Court's March 11, 2019 Order no later than 14 days after the Court's ruling.

**SO ORDERED.**

DATED: _____, 2019      _____

                                          UNITED STATES DISTRICT JUDGE