IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS K JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | § § § § | Civil Action No. 3:18-cv-02431-M |
| Defendants. | § § | |

## ORDER

Before the Court is the Joint Motion to Postpone Scheduling Report (ECF No. 24). The Joint Motion is GRANTED.

IT IS ORDERED that the Court's Order of March 11, 2019 (ECF No. 23) is VACATED. If the Court denies Defendants' Motion to Dismiss (ECF No. 22), the parties shall meet and confer regarding the items specified in the Court's Order of March 11, 2019, no later than 14 days after the Court's denial of the Motion to Dismiss, and the parties shall file a Joint Report no later than 21 days after the Court's denial of the Motion to Dismiss.

**SO ORDERED**.

March 20, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE