# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:18−cv−02431−M

| | |
|---|---|
| Johnson v. United States Department of Transportation et al | Date Filed: 09/12/2018 |
| Assigned to: Chief Judge Barbara M.G. Lynn | Jury Demand: None |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Lucas K Johnson**<br>*on behalf of himself and the Class he seeks to represent* | represented by | **Michael W Pearson**<br>Curry Pearson & Wooten PLC<br>814 West Roosevelt Street<br>Phoenix, AZ 85007<br>602−258−1000<br>Fax: 602−523−9000<br>Email: mpearson@azlaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Not Admitted<br><br>**Lori Denise Blair**<br>King Blair PC<br>9124 Caddo Trail<br>Flower Mound, TX 75022<br>214−326−0491<br>Fax: 214−326−0493<br>Email: lblair@kingblair.com<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Admitted/In Good Standing |

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of Transportation** | represented by | **Galen N Thorp**<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>202−514−4781<br>Fax: 202−616−8460<br>Email: galen.thorp@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Not Admitted<br><br>**Michael Drezner**<br>US Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave NW |

Washington, DC 20530
202–514–4505
Fax: 202–616–8460
*Bar Status: Not Admitted*

**Defendant**

**Elaine L Chao**  represented by  **Galen N Thorp**
*Secretary of the U.S. Department of* (See above for address)
*Transportation* *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Bar Status: Not Admitted*

 **Michael Drezner**
 (See above for address)
 *Bar Status: Not Admitted*

**Defendant**

**Federal Aviation Administration**  represented by  **Galen N Thorp**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Bar Status: Not Admitted*

 **Michael Drezner**
 (See above for address)
 *Bar Status: Not Admitted*

**Defendant**

**Daniel K Elwell**  represented by  **Galen N Thorp**
*Acting Administrator of the Federal Aviation* (See above for address)
*Administration* *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Bar Status: Not Admitted*

 **Michael Drezner**
 (See above for address)
 *Bar Status: Not Admitted*

**Defendant**

**Charles E James, Sr**
*Director of the U.S. Department of*
*Transportation Departmental Office of Civil*
*Rights*
*TERMINATED: 12/05/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2018 | Ï 1 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (zkc) (Entered: 09/12/2018) |

| | | |
|---|---|---|
| 09/12/2018 | Ï 2 | COMPLAINT against Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, Charles E James, Sr, United States Department of Transportation filed by Lucas K Johnson. (Filing fee $400.00; Receipt number 110769) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (zkc) (Entered: 09/12/2018) |
| 10/03/2018 | Ï 3 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539–9493577) filed by Lucas K Johnson Attorney Michael W Pearson added to party Lucas K Johnson(pty:pla) (Pearson, Michael) (Entered: 10/03/2018) |
| 10/10/2018 | Ï 4 | ELECTRONIC ORDER granting 3 Application for Admission Pro Hac Vice of Michael W Pearson. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Chief Judge Barbara M.G. Lynn on 10/10/2018) (chmb) (Entered: 10/10/2018) |
| 12/03/2018 | Ï 5 | Request for Clerk to issue Summons on United States Department of Transportation filed by Lucas K Johnson. (Pearson, Michael) (Entered: 12/03/2018) |
| 12/03/2018 | Ï 6 | Request for Clerk to issue Summons on Elaine L. Chao, Secretary of the U.S. Department of Transportation filed by Lucas K Johnson. (Pearson, Michael) (Entered: 12/03/2018) |
| 12/03/2018 | Ï 7 | Request for Clerk to issue Summons on Federal Aviation Administration filed by Lucas K Johnson. (Pearson, Michael) (Entered: 12/03/2018) |
| 12/03/2018 | Ï 8 | Request for Clerk to issue Summons on Daniel K. Elwell, Acting Administrator of the Federal Aviation Administration filed by Lucas K Johnson. (Pearson, Michael) (Entered: 12/03/2018) |
| 12/03/2018 | Ï 9 | Summons Issued as to Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation. (ndt) (Entered: 12/03/2018) |
| 12/05/2018 | Ï 10 | AMENDED COMPLAINT against Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation filed by Lucas K Johnson. (One or more defendant(s) is no longer named.) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Pearson, Michael) (Entered: 12/05/2018) |
| 12/12/2018 | Ï 11 | CERTIFICATE OF SERVICE by Lucas K Johnson *on United States Department of Transportation* (Pearson, Michael) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 12 | CERTIFICATE OF SERVICE by Lucas K Johnson *on Elaine L. Chao, Secretary of the U.S. Department of Transportation* (Pearson, Michael) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 13 | CERTIFICATE OF SERVICE by Lucas K Johnson *on Federal Aviation Administration* (Pearson, Michael) (Entered: 12/12/2018) |
| 12/12/2018 | Ï 14 | CERTIFICATE OF SERVICE by Lucas K Johnson *on Daniel K. Elwell, Acting Administrator of the Federal Aviation Administration* (Pearson, Michael) (Entered: 12/12/2018) |
| 12/19/2018 | Ï 15 | MOTION to Extend Time for Service filed by Lucas K Johnson with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order Proposed Order) (Pearson, Michael) (Entered: 12/19/2018) |
| 12/20/2018 | Ï 16 | ORDER granting 15 Motion to Extend Time. The Court finds there is no need to determine whether Plaintiff has demonstrated good cause here, because it exercises its discretion to extend the deadline to serve the United States Department of Transportation. As this is Plaintiff's first request for an |

| | | |
|---|---|---|
| | | extension of time, the Court finds that a 21–day extension to serve the United States Department of Transportation is warranted. (Ordered by Chief Judge Barbara M.G. Lynn on 12/20/2018) (epm) (Entered: 12/21/2018) |
| 12/21/2018 | 17 | CERTIFICATE OF SERVICE by Lucas K Johnson *on United States Department of Transportation* (Pearson, Michael) (Entered: 12/21/2018) |
| 01/25/2019 | 18 | MOTION to Stay *in Light of Lapse of Appropriations* filed by Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order)Attorney Galen N Thorp added to party Elaine L Chao(pty:dft), Attorney Galen N Thorp added to party Daniel K Elwell(pty:dft), Attorney Galen N Thorp added to party Federal Aviation Administration(pty:dft), Attorney Galen N Thorp added to party United States Department of Transportation(pty:dft) (Thorp, Galen) (Entered: 01/25/2019) |
| 01/29/2019 | 19 | Motion for Extension of Time to File Answer *, and Withdrawal of Motion to Stay 18* filed by Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thorp, Galen) (Entered: 01/29/2019) |
| 01/30/2019 | 20 | Motion for Extension of Time to File Answer *[CORRECTED]* filed by Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thorp, Galen) (Entered: 01/30/2019) |
| 02/01/2019 | 21 | ORDER granting 20 Motion for Extension of Time to File Answer to 10 Amended Complaint. Federal Aviation Administration answer due 3/8/2019; Elaine L Chao answer due 3/8/2019; United States Department of Transportation answer due 3/8/2019; Daniel K Elwell answer due 3/8/2019. (Ordered by Chief Judge Barbara M.G. Lynn on 2/1/2019) (zkc) (Entered: 02/01/2019) |
| 03/08/2019 | 22 | MOTION to Dismiss *or Alternatively*, MOTION to Transfer Case out of District/Division filed by Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s), # 2 Proposed Order) (Thorp, Galen) (Entered: 03/08/2019) |
| 03/11/2019 | 23 | ***VACATED PER 25 ORDER*** ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING ORDER: Joint Status Report due by 4/1/2019. (Ordered by Chief Judge Barbara M.G. Lynn on 3/11/2019) (mla) Modified on 3/20/2019 (zkc). (Entered: 03/11/2019) |
| 03/15/2019 | 24 | Joint MOTION to Extend Time for Rule 26(f) Conference and Joint Report filed by Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thorp, Galen) (Entered: 03/15/2019) |
| 03/20/2019 | 25 | ORDER granting 24 Motion to Postpone Scheduling Report. The Court's Order of 3/11/2019 (ECF No. 23 ) is VACATED. If the Court denies Defendants' Motion to Dismiss (ECF No. 22 ), the parties shall meet and confer regarding the items specified in the Court's Order of 3/11/2019, no later than 14 days after the Court's denial of the Motion to Dismiss, and the parties shall file a Joint Report no later than 21 days after the Court's denial of the Motion to Dismiss. (Ordered by Chief Judge Barbara M.G. Lynn on 3/20/2019) (zkc) (Entered: 03/20/2019) |
| 03/29/2019 | 26 | RESPONSE AND OBJECTION filed by Lucas K Johnson re: 22 MOTION to Dismiss *or Alternatively* MOTION to Transfer Case out of District/Division (Pearson, Michael) (Entered: 03/29/2019) |
| 04/12/2019 | 27 | |

| | | |
|---|---|---|
| | | REPLY filed by Elaine L Chao, Daniel K Elwell, Federal Aviation Administration, United States Department of Transportation re: 22 MOTION to Dismiss *or Alternatively* MOTION to Transfer Case out of District/Division (Thorp, Galen) (Entered: 04/12/2019) |
| 06/26/2019 | 28 | ORDER granting in part 22 Motion to Dismiss. Venue is improper in the Northern District of Texas, and the case is transferred to the District Court for the District of Colombia, pursuant to 28 U.S.C. § 1406(a). The Clerk is directed to close this case after transferring it to the District Court for the District of Colombia. (Ordered by Chief Judge Barbara M.G. Lynn on 6/26/2019) (zkc) (Entered: 06/26/2019) |