# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS K. JOHNSON, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 1:19-cv-1916-RDM |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) ) ) |
| Defendants. | ) ) ) ) |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff, Lucas K. Johnson, and Defendants (the U.S. Department of Transportation, the Federal Aviation Administration, and the heads of those agencies sued in their official capacities), respectfully request a four-week continuance of the status conference scheduled for August 9, 2019.

Plaintiff filed the above-captioned action in the U.S. District Court for the Northern District of Texas on September 12, 2018, and an amended complaint on December 5, 2018. *See* ECF Nos. 2, 10. On June 26, 2019, that court concluded that venue was improper in that judicial district and ordered the case transferred to this Court. *See* Order, ECF No. 28. On July 2, 2019, this Court set a status conference for August 9, 2019 and directed the parties to meet and confer in advance of the status conference regarding next steps in this litigation. *See* Minute Order, July 2, 2019.

The parties are engaged in active settlement discussions and would benefit from additional time to see whether this case can be resolved without further need for judicial action.

A four week extension would provide the parties sufficient time to engage in this process and, if unsuccessful, to consult regarding the extent to which the parties can agree on the next steps for this litigation.

For the foregoing reasons, the parties jointly request a four week continuance of the status conference scheduled for April 9, 2019.

| | |
|---|---|
| DATED: August 5, 2019 | Respectfully submitted, |
| CURRY, PEARSON, & WOOTEN, PLC | JOSEPH H. HUNT<br>Assistant Attorney General |
| */s/ Michael W. Pearson (w/ permission)*<br>Michael W. Pearson, DC Bar No. 997169<br>814 W. Roosevelt St.<br>Phoenix, AZ 85007<br>Office: (602) 258-1000<br>Facsimile: (602) 523-9000<br>docket@azlaw.com<br>mpearson@azlaw.com<br><br>*Counsel for Plaintiff* | CARLOTTA P. WELLS<br>Assistant Director<br>Civil Division, Federal Programs Branch<br><br>*/s/ Galen N. Thorp*<br>GALEN N. THORP (V.A. Bar No. 75517)<br>Senior Counsel<br>MICHAEL DREZNER (V.A. Bar No. 83836)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Telephone: (202) 514-4781<br>Facsimile: (202) 616-8470<br>Email: galen.thorp@usdoj.gov<br><br>*Counsel for Defendants* |