### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS K. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:19-cv-1916-RDM |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff, Lucas K. Johnson, and Defendants (the U.S. Department of Transportation, the Federal Aviation Administration, and the heads of those agencies sued in their official capacities), respectfully request a one month continuance of the status conference scheduled for September 6, 2019. This is the parties' second request for a continuance.

On June 26, 2019, the above-captioned action was transferred to this Court from the U.S. District Court for the Northern District of Texas on venue grounds. *See* Order, ECF No. 28. A status conference is scheduled for September 6, 2019. *See* Minute Orders, July 2 & Aug. 5, 2019 (directing the parties to meet and confer in advance of the status conference regarding next steps in this litigation). As previously explained, *see* ECF No. 31, the parties are engaged in active settlement discussions and would benefit from additional time to see whether this case can be resolved without further need for judicial action. An additional extension would assist the parties in determining whether further litigation will be necessary.

For the foregoing reasons, the parties jointly request a one month continuance of the status conference scheduled for September 6, 2019, to a date at the Court's convenience on or after October 7, 2019.

| | |
|---|---|
| DATED: August 30, 2019 | Respectfully submitted, |
| CURRY, PEARSON, & WOOTEN, PLC | JOSEPH H. HUNT<br>Assistant Attorney General |
| */s/ Michael W. Pearson (w/ permission)*<br>Michael W. Pearson, DC Bar No. 997169<br>814 W. Roosevelt St.<br>Phoenix, AZ 85007<br>Office: (602) 258-1000<br>Facsimile: (602) 523-9000<br>docket@azlaw.com<br>mpearson@azlaw.com<br><br>*Counsel for Plaintiff* | CARLOTTA P. WELLS<br>Assistant Director<br>Civil Division, Federal Programs Branch<br><br>*/s/ Galen N. Thorp*<br>GALEN N. THORP (V.A. Bar No. 75517)<br>Senior Counsel<br>MICHAEL DREZNER (V.A. Bar No. 83836)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Telephone: (202) 514-4781<br>Facsimile: (202) 616-8470<br>Email: galen.thorp@usdoj.gov<br><br>*Counsel for Defendants* |