**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUCAS K. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     Civil Action No. 1:19-cv-1916-RDM |
| U.S. DEPARTMENT OF | ) |
| TRANSPORTATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Continue Status Conference, and good cause being shown, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**, and it is further

**ORDERED** that the Status Conference scheduled for September 6, 2019 is continued until October _ [a date on or after October 7, 2019, at the court's convenience].

**SO ORDERED.**

DATED: _____, 2019    _____

UNITED STATES DISTRICT JUDGE