**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUCAS K. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-1916-RDM |
| ) | |
| U.S. DEPARTMENT OF ) | |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE**

Plaintiff, Lucas K. Johnson, and Defendants (the U.S. Department of Transportation, the Federal Aviation Administration (FAA), and the heads of those agencies sued in their official capacities), respectfully request to appear by telephone for the status conference scheduled for October 8, 2019.

Plaintiff filed the above-captioned action in the U.S. District Court for the Northern District of Texas on September 12, 2018, and an amended complaint on December 5, 2018. *See* ECF Nos. 2, 10.  On June 26, 2019, that court concluded that venue was improper in that judicial district and ordered the case transferred to this Court. *See* Order, ECF No. 28.  After providing the parties time to discuss settlement, on August 30, 2019, this Court set a status conference for October 8, 2019, directing the parties to meet and confer in advance of the status conference regarding next steps in this litigation. *See* Minute Order, Aug. 30, 2019 (initially setting conference for 10:15am); Minute Order, Sept. 24, 2019 (resetting time of hearing to 2:45pm).

The parties respectfully request for their counsel to appear by telephone for this initial status conference.  Plaintiff's counsel, Michael Pearson, is based in Phoenix, Arizona and has obligations teaching at Arizona State University on both Monday, October 7 and Wednesday, October 9.  Because the hearing has been rescheduled for mid-afternoon, it would be logistically difficult to ensure that he can return to Arizona in time for his class.  In addition, one of Defendants' counsel, Michael Drezner, will be unable to attend the afternoon status conference due to observance of the Yom Kippur holiday that evening.  Because Defendants' second counsel, Galen Thorp, works from Oklahoma City, it would serve Defendants' interests for him to also appear by telephone if the Court permits Plaintiff's counsel to do so.  A telephonic status conference would thus serve judicial economy and the interests of the parties by avoiding any need to further reschedule the status conference.

For the foregoing reasons, the parties jointly request that the Court permit undersigned counsel to appear by telephone for the October 8, 2019 status conference.

DATED: October 3, 2019

CURRY, PEARSON, & WOOTEN, PLC

*/s/ Michael W. Pearson (w/ permission)*
Michael W. Pearson, DC Bar No. 997169
814 W. Roosevelt St.
Phoenix, AZ 85007
Office: (602) 258-1000
Facsimile: (602) 523-9000
docket@azlaw.com
mpearson@azlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Counsel
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendants*