**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS K. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>TRANSPORTATION, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:19-cv-1916-RDM<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to for Telephonic Status Conference, and good cause being shown, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**, and it is further

**ORDERED** that counsel may appear by telephone at the Status Conference scheduled for October 8, 2019 at 2:45pm.

**SO ORDERED.**


DATED: _____, 2019    _____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE