# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS K. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:19-cv-1916-RDM |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Related Case Designation, and good cause being shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the above-captioned case is determined to be related to *Brigida v. Chao*, No. 1:16-cv-2227 (DLF), and it is further

**ORDERED** that the above-captioned case is hereby transferred to the Calendar and Case Management Committee for reassignment to the judge having the earlier case pursuant to LCvR 40.5(c)(2).

**SO ORDERED.**

DATED: _____, 2019      _____
                                      UNITED STATES DISTRICT JUDGE