# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of Transportation, et. al.<br><br>Defendants. | Case No 1:19-cv-1916 (RDM)<br><br>**ORDER RE MOTION FOR<br>RELATED CASE DESIGNATION** |

The Court having considered Defendant's Motion for Related Case Designation and Plaintiff's Response in Opposition, and cause appearing,

**IT IS HEREBY ORDERED** denying Defendant's Motion.

**DATED** this _____ day of _____, 2019.

_____
Honorable Randolph D. Moss