1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent, | Case No 1:19-cv-1916 (RDM) |
|     Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR RETROACTIVE EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES** |
|     vs. | |
| United States Department of Transportation; Elaine L. Chao, Secretary of the U.S. Department of Transportation; | |
|     Defendants. | (Assigned to the Honorable Randolph D. Moss) |

Plaintiff, Lucas K. Johnson, through undersigned attorneys, respectfully requests an extension of time to file his Second Amended Complaint, due to technical issues outside of Plaintiff's control.

On October 8, 2019, this Court ordered that Plaintiff's Response to Defendants' Motion for Related Case Designation was due November 25, 2019 and also permitted leave for Plaintiff to file an Amended Complaint on or before November 25, 2019.

Plaintiff's Motion for Related Case Designation was filed timely on November 25, 2019. However, within minutes of filing the Motion (Approximately 4:15 p.m. local time), when Plaintiff attempted to file the Second Amended Complaint, the court filing system website went down. The system was down the rest of the evening, until sometime after midnight local time. *See D*eclaration, attached hereto as Exhibit 1. Plaintiff then filed the Second Amended Complaint the morning of November 26, 2019 when the court filing website was working again.

Plaintiff made a good-faith effort to comply with the Court's deadline, but experienced technical glitches outside of Plaintiff's control. As such, Plaintiff respectfully requests a retroactive extension of time to file the Second Amended Complaint from November 25, 2019 to November 26, 2019. Defense Counsel, Galen Thorp, has stated Defendants do not oppose this Motion.

1

2    **RESPECTFULLY SUBMITTED** this 26th day of November, 2019.

3

4                                    **CURRY, PEARSON & WOOTEN, PLC**

5                                    */s/ Michael W. Pearson*
                                     Michael W. Pearson, DDC Bar No. 997169
6                                    814 W. Roosevelt St.
                                     Phoenix, AZ 85007
7                                    Office: (602) 258-1000
                                     Facsimile: (602) 523-9000
8                                    docket@azlaw.com
                                     mpearson@azlaw.com
9                                    *Attorneys for Plaintiff Lucas Johnson*
                                     *and Putative Class*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent,<br><br>    Plaintiff,<br><br>    vs.<br><br>United States Department of Transportation; Elaine L. Chao, Secretary of the U.S. Department of Transportation;<br><br>    Defendants. | Case No 1:19-cv-1916 (RDM)<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR RETROACTIVE EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**<br><br>(Assigned to the Honorable Randolph D. Moss) |

I, Christine Penick, am an adult of sound mind and am competent to make the following declarations.

1.    I am a paralegal for Plaintiff's Counsel, Curry, Pearson & Wooten, PLC.

2.    Around 4:15 p.m. local time on November 25, 2019, I filed Plaintiff's Response to Motion for Related Case Designation.

3.    After submission of Plaintiff's response motion, I proceeded to attempt to file Plaintiff's Second Amended Complaint.

4.    The court filing website (ECF) suddenly went down and stated that the webpage was unavailable.

5.    I attempted to contact technical support for the DC District Court and was unable to reach anyone. I then contacted the PACER group who advised that they could not assist with filing and that I had to contact the specific court's technical group. When I advised that I hadn't been able to reach anyone there, I was told that they were likely closed. I inquired as to if there was anyone else to assist and was told no.

6.    I continued to check the site many times from approximately 4:15 p.m. until midnight local time (I tried various web browsers and computers during this time); the website

remained down throughout this period. *See* various screen shots taken toward the end of the night, attached hereto as Exhibit A.

7.    The following morning, November 26, 2019, the website was working again and I filed the Second Amended Complaint at that time.

DATED this 26th day of November, 2019.

_____
Christine Penick

Curry, Pearson & Wooten, PLC
814 W. Roosevelt Street
Phoenix, Arizona 85007

2

# EXHIBIT A





# This site can't be reached

**ecf.dcd.uscourts.gov** took too long to respond.

Try:

- Checking the connection
- Checking the proxy and the firewall
- Running Windows Network Diagnostics

ERR_TIMED_OUT

Reload                                    Details



ecf.dcd.uscourts.gov

This site can't be reached

Details