**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Lucas K. Johnson, on behalf of himself and the Class he seeks to represent,<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of Transportation, et. al.<br><br>Defendants. | Case No 1:19-cv-1916 (RDM)<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR RETROACTIVE EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES** |

The Court having considered Plaintiff's Unopposed Motion for Retroactive Extension of Time to File Second Amended Complaint for Declaratory and Injunctive Relief and Damages, and cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion. Plaintiff's Second Amended Complaint may be filed on or before November 26, 2019.

**DATED** this _____ day of _____, 2019.

_____
Honorable Randolph D. Moss