**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUCAS K. JOHNSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:19-cv-1916 (RDM) |
| U.S. DEPARTMENT OF ) | |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND DEADLINE FOR DEFENDANTS**
**TO RESPOND TO SECOND AMENDMEND COMPLAINT**

Defendants, the U.S. Department of Transportation and Elaine Chao, Secretary of the U.S. Department of Transportation, hereby seek a six week extension of the January 6, 2020, deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint—thru February 17, 2020.

On November 26, 2019, Plaintiffs filed their Second Amended Complaint in this action. *See* ECF No. 36. Defendants' response to the Second Amended Complaint is currently due on or before January 6, 2019. *See* Minute Order, Oct. 8, 2019. While Defendants had considered filing a partial motion to dismiss, they now anticipate filing an answer to the new operative complaint. Agency counsel has informed undersigned counsel that Defendants need significant additional time to complete a sentence-by-sentence response to the new pleading. This time is needed because many of the agency employees who have information relevant to the allegations in the 162-paragraph pleading will be out of the office or otherwise occupied for much of the next month. In addition, Defendants' response must undergo an extensive review process in the

Federal Aviation Administration ("FAA") and U.S. Department of Transportation before it can be finalized.  Moreover, Defendants and undersigned counsel must also complete a reply brief regarding class action issues in *Brigida v. Chao* by January 10, 2020, which will further cut into the limited time available around the end-of-year holidays.  *See* Joint Mot. for Extension of Time, ECF No. 92, *Brigida v. Chao*, No. 16-2227 (Dec. 3, 2019) (seeking to extend deadlines for plaintiffs' reply on motion to amend class complaint and defendant's reply on cross-motion to strike class claims).

Accordingly, Defendants therefore request a six-week extension of the deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint, through February 17, 2020.  This will provide undersigned counsel and Defendants sufficient time to prepare a response to Plaintiffs' complaint, while addressing other pending matters.  This limited extension of time will not prejudice Plaintiff because the judicial assignment of the case has not been settled and no schedule has been set.  Undersigned counsel conferred with Michael Pearson, counsel for the Plaintiff, who stated that Plaintiff consents to this motion on the condition that the parties request that Plaintiff receive four weeks to respond to any motion to dismiss.

For the foregoing reasons, Defendants request that the Court grant this consent motion extending to February 17, 2020, the time within which to answer or otherwise respond to the Second Amended Complaint, and that Plaintiff receive four weeks to respond to any motion to dismiss.

DATED: December 12, 2020        JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (V.A. Bar No. 75517)
Senior Counsel
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Counsel for Defendant*