**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS K. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:19-cv-1916-RDM |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Extend Deadline for Defendants to Respond to Second Amended Complaint, and good cause being shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Defendants' response to Plaintiff's Second Amended Complaint shall be due on or before February 17, 2020, and it is further

**ORDERED** that, in the event Defendants file a motion to dismiss, Plaintiff's response to the motion to dismiss shall be due four weeks after to motion is filed.

**SO ORDERED.**

DATED: _____, 2019        _____
                                                                          UNITED STATES DISTRICT JUDGE